JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACF 2006 CORP, | Case No.: CV 18-9654-DMG (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LISA MAKI, | |
| Defendant. | |

On May 13, 2019, the Court granted in part and denied in part Plaintiff ACF 2006 Corp's motion for summary judgment.

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff ACF 2006 Corp ("Plaintiff") and against Defendant Lisa Maki ("Defendant") on all of Plaintiff's causes of action, except insofar as Plaintiff sought an order requiring Defendant to provide an accounting of the "Collateral," as that term is defined in the Amended and Restated Master Loan and Security Agreement found in Plaintiff's Exhibit B to its motion for summary judgment ("Loan Agreement"). [Doc. # 27-2.]

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff the amount of $1,043,349.58, which is comprised of principal, interest, administration fees, and origination fees incurred through May 13, 2019. Defendant shall also pay post-judgment interest incurred until the date of final payment at the rate of 24% per annum, pursuant to the Loan Agreement.

**IT IS FURTHER ORDERED** that Defendant shall assemble the Collateral (as that term is defined in the Loan Agreement) and permit Plaintiff to take possession thereof at a place that is reasonably convenient to both parties within one month of the date of this Judgment or at a time agreed upon by the parties.

**IT IS SO ORDERED.**

DATED: May 13, 2019

                                                DOLLY M. GEE
                                                UNITED STATES DISTRICT JUDGE